UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENDRICK D. and BRITTNEY L., individually and as next friends of K.D., a minor child, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-002400 |
| MONTGOMERY INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § § | |

**PLAINTIFFS' COMPLAINT FOR A FRIENDLY SUIT AND MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM**

Plaintiffs Kendrick D. and Brittney L., individually and as next friends of K.D., a minor child (collectively Plaintiffs), file this Complaint for a Friendly Suit and Motion for Appointment of a Guardian Ad Litem and, in support thereof, would respectfully show the Court as follows:

### I.     PARTIES

1.     Plaintiffs are residents of the City of Montgomery, Montgomery County, Texas.

2.     Defendant Montgomery Independent School District (Montgomery ISD or the District) hereby waives service, as this suit is filed for the sole purpose of conferring jurisdiction upon the Court for a minor settlement prove-up hearing.

### II.     JURISDICTION AND VENUE

3.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 as Montgomery ISD is located in Montgomery County, Texas, and all or part of the claims occurred in Montgomery County, Texas.

4.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because the underlying matter arises from federal claims asserted against the District.

### III. FACTUAL BACKGROUND

5. This case arises out of allegations of disability discrimination under the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, as well as claims asserted under the Individuals with Disabilities Education Act for an alleged denial of K.D.'s right to a free appropriate public education. Plaintiffs also assert alleged violations of K.D.'s constitutional rights.

6. Plaintiffs and the District resolved their differences through mediation in the underlying special education due process hearing. Pursuant to their agreement, this friendly suit is being filed to request a Guardian Ad Litem be appointed for K.D. and to seek approval of the settlement from the Court.

### IV. MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

7. Plaintiffs state K.D. is a minor child and, as such, request that the Court appoint a Guardian ad Litem to represent K.D.'s interests in this matter.

8. Montgomery ISD agrees the Court should appoint a Guardian ad Litem to represent K.D.'s interests in this matter.

9. Montgomery ISD agrees reasonable fees for the Guardian Ad Litem shall be taxed against the District.

Respectfully submitted,

By: /s/Martin J. Cirkiel
Martin J. Cirkiel
State Bar No. 00783829

Martin J. Cirkiel
CIRKIEL & ASSOCIATES, P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
512.244.6658

512.244.6014 (facsimile)
marty@cirkielaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      On June 29, 2023, I electronically submitted the foregoing document with the Clerk Of Court for the United States District Court for the Southern District of Texas using the Electronic Case Filing System of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    Meredith Prykryl Walker
    Walsh Gallegos Treviño Kyle & Robinson P.C.
    105 Decker Court, Suite 700
    Irving, Texas 75062

                              /s/ Martin J. Cirkiel
                              Martin J. Cirkiel